# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 28, 2021

Bridget M. McCormack,
Chief Justice

162907(54)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

AHLAM KANDIL-ELSAYED,
        Plaintiff-Appellant,

v

F & E OIL, INC.,
        Defendant-Appellee.

_____/

SC: 162907
COA: 350220
Wayne CC: 18-003569-NO

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filings its answer to the application for leave to appeal is GRANTED. The answer submitted on July 23, 2021, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 28, 2021



Clerk